565 U.S. 1087, 132 S. Ct. 831, 181 L. Ed. 2d 542, 2011 U.S. LEXIS 8785, ■

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-7184. Rafiq Sabir, Petitioner v. United States.**

565 U.S. 1088, 132 S. Ct. 833, 181 L. Ed. 2d 542, 2011 U.S. LEXIS 8771.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 634 F.3d 127.

**No. 11-7186. Clarence Hicks, Petitioner v. United States.**

565 U.S. 1088, 132 S. Ct. 833, 181 L. Ed. 2d 542, 2011 U.S. LEXIS 8688, ■

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 421 Fed. Appx. 276.

**No. 11-7250. In re Martin A. Lewis, Petitioner.**

565 U.S. 1078, 132 S. Ct. 835, 181 L. Ed. 2d 542, 2011 U.S. LEXIS 8718, ■

December 5, 2011. Petition for writ of habeas corpus denied.

**No. 11-7262. In re Stephen Blackburn, Petitioner.**

565 U.S. 1078, 132 S. Ct. 835, 181 L. Ed. 2d 542, 2011 U.S. LEXIS 8693.

December 5, 2011. Petition for writ of habeas corpus denied.

**No. 11-7306. In re Anthony C. Deloney, Petitioner.**

565 U.S. 1078, 132 S. Ct. 835, 181 L. Ed. 2d 542, 2011 U.S. LEXIS 8752.

December 5, 2011. Petition for writ of habeas corpus denied.

**No. 11-7285. In re David Cruz, Petitioner.**

565 U.S. 1078, 132 S. Ct. 835, 181 L. Ed. 2d 542, 2011 U.S. LEXIS 8673.

December 5, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.

**No. 11-6712. In re Eugene James Ellis, Petitioner.**

565 U.S. 1078, 132 S. Ct. 822, 181 L. Ed. 2d 542, 2011 U.S. LEXIS 8755.

December 5, 2011. Petition for writ of mandamus denied.